UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JALENE CLAIRE SMITH )
        Plaintiff, )
         )
v. ) **JUDGMENT**
         )
         ) No. 5:17-CV-176-FL
ENVOY AIR and AMERICAN )
AIRLINES )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 13, 2017, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED and Plaintiff's claims are DISMISSED WITHOUT PREJUDICE against Defendant American Airlines. As plaintiff has not shown cause for her failure to effect service on defendant Envoy Air within appropriate time, plaintiff's claims against defendant Envoy Air are dismissed without prejudice.

**This Judgment Filed and Entered on November 13, 2017, and Copies To:**
Jalene Claire Smith (via US mail to 2111 Rivergrass Court, Raleigh, NC 27610)
Julie Kerr Adams (via CM/ECF Notice of Electronic Filing)

November 13, 2017        PETER A. MOORE, JR., CLERK
                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk